FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JAN 25 2021
PER_____
DEPUTY CLERK

20-0800
(Inmate Number)

ROBERT MOSER
(Name of Plaintiff)

700 RISHEL HILL RD
(Address of Plaintiff)

PA. 16823

_____
(Case Number)

COMPLAINT

vs.

CENTRE COUNTY CORRECTION CENTER
WARDEN CHRISTOPHER SCHELL
ASSISTANT WARDEN MELANIE GORDAN
(Names of Defendants)

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

  A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
  
  N/A

II. Exhaustion of Administrative Remedies

  A. Is there a grievance procedure available at your institution?
     ✓ Yes  ___ No   OUR GRIEVANCE PROCEDURE IS INADEQUATE

  B. Have you filed a grievance concerning the facts relating to this complaint?
     ___ Yes  ✓ No
     
     If your answer is no, explain why not  WAS TOLD BY RANKING C/O'S
     IT WASN'T GRIEVANCABLE.

  C. Is the grievance process completed?  ✓ Yes  ___ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant CHRISTOPHER A. SCHELL is employed as WARDEN at CENTRE COUNTY CORRECTION FACILITY

B. Additional defendants MELANIE GORDAN - WARDEN OPERATIONS C/O BICKLE

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) FAILURE TO FOLLOW COVID-19 CDC POLICY - KNOWINGLY ALLOWED POSITIVE COVID-19 INMATES HERE.

1. SCHELL IS HEAD WARDEN - DICTATES OR MANDATES - INSTRUCTS OR CO-SIGNS SECURITY DETAIL'S - OVER SEE'S WHAT, WHO AND WHERE THIS FACILITY HOUSES INMATES FROM CENTRE COUNTY & OTHER COUNTIES - CONTROLS POPULATION PERCENTAGE BY ALLOWING OTHER COUNTIES TO SEND INMATES HERE TO BE HOUSED

2. C/O BICKLE DENIED MY ACCESS TO LAW LIBRARY, REFUSED TO GIVE INMATE'S GRIEVANCE FORMS, TAUNTED & ARGUED W/ INMATES ON OUR LEGAL RIGHTS

3. WARDEN GORDAN (OPERATIONS) HAS DIRECT SAY-SO W/ THE SAME ISSUES AS HEAD WARDEN. FAILS TO EDUCATE C/O'S ON OUR CIVIL RIGHTS, FAILS TO REPRIMAND C/O'S WHO DO SO.

2

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. REMEDY THE MENTAL STRESS CAUSED BY THIS... PREVENT THE C/O'S FROM BRINGING IN COVID-19 AND SPREADING AMONGST THE PRISONER'S

2. MONETARY COMPENSATION OR/AND RELEASE FROM DETENTION

3. ENFORCED COS POLICY SO DELIBERATE CONTAMINATION OR ACCIDENTAL ISN'T SPREAD SO QUICKLY

Signed this 7 day of JANUARY, 2021.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1.7.21
(Date)

_____
(Signature of Plaintiff)

3

Name R. M[...]
Booking # 20-0800
Centre County Correctional Facility
700 Rishel Hill Road
Bellefonte, PA 16823-8440

RECEIVED
HARRISBURG, PA

JAN 25 2021

PER _____
       DEPUTY CLERK

LEGAL MAIL

RETURNED FOR 30¢
ADDITIONAL POSTAGE

United States District Court
Middle District of PA
228 Walnut St.
Harrisburg, PA 17101