Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
HARRISBURG, PA
JAN 2 5 2021
PER_____
DEPUTY CLERK

Thomas C. Foster Jr
Robert Lee Moser
)
)
)
)
)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

C/O Bickle
Melonie Gordan
Christopher A. Schell
Centre County Correctional Facility
)
)
)
)
)
)
)
)
)
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT LEE MOSER
All other names by which you have been known:
ID Number: 20-0800
Current Institution: CENTRE COUNTY CORRECTIONAL FACILITY
Address: 700 RISHEL HILL RD.
BELLEFONTE, PA 16823
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CHRISTOPHER SCHELL
Job or Title (if known): WARDEN
Shield Number:
Employer: C.C.C.F.
Address: 700 RISHEL HILL RD
BELLEFONTE, PA 16823
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: MELONIE GORDAN
Job or Title (if known): WARDEN (OPERATIONS)
Shield Number:
Employer: CCCF
Address: 700 RISHEL HILL RD
BELLEFONTE, PA 16823
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name: C/O BICKLE
   Job or Title (if known):
   Shield Number:
   Employer: CCCF
   Address: 700 RISHEL HILL RD
   BELLEFONTE, PA 16823
   City / State / Zip Code
   [ ] Individual capacity   [✓] Official capacity

Defendant No. 4
   Name: CENTRE COUNTY CORRECTIONAL FACILITY
   Job or Title (if known):
   Shield Number: 700 RISHEL HILL RD
   Employer:
   Address: BELLEFONTE, PA 16823
   City / State / Zip Code
   [ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)
   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ACCESS TO LAW LIBRARY, DENIED GRIEVANCE FORMS, REFUSAL TO ASSIST OR ALLOW LEGAL CALLS - LISTENING IN ON LEGAL CALLS - ATTORNEY/CLIENT PRIVACY VIOLATED. DEPRIVED HEALTH RIGHTS... INMATES MUST QUARANTINE 14 DAYS, CO'S AND KITCHEN EMPLOYEES CAN COME BACK TO WORK AFTER 24 hr PERIOD FREE OF FEVER. ETC.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ALLOWED COVID-19 POSITIVE INMATES FROM HUNTINGTON COUNTY JAIL TO BE HOUSED HERE. CONTAMINATED JAIL BY DOING SO. WIDE SPREAD OF COVID-19 STILL GOING DUE TO OVER-LOOKING C/O'S COMING IN TO WORK AND OTHER JAIL WORKER'S. SHORT STAFFED SITUATIONS CAUSE THEM TO "CUT CORNERS". DENIED ACCESS TO COURTS & INTERFERED W/ APPEALS & GRIEVANCE.

III. Prisoner Status  DENYING ALL MAIL OUT GOING OR IN GOING DUE TO QUARANTINE

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other (explain) STATE PROBATION TECHNICAL VIOLATION (MISSED HOME VISIT)

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SINCE EVERYONE BLAME'S ADMINISTRATION AND PASSES THE BUCK AND SAY "ITS ABOVE MY PAY GRADE". I'M GOING TO SAY THAT DENIED LEGAL CALLS, DENIED PRIVACY WHEN ON LEGAL CALLS ~ DENIED GRIEVANCE FORMS ~ AND ONLY FULLY ENFORCING CDC/CDS POLICY WHEN ITS CONVIENT FALLS ON WHO I MENTIONED

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

10/06/2020 — PRESENT & ON GOING

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*.

Our county jail let another county jail send its COVID-19 positive inmates here to be housed. That county was closed due to COVID-19. I was in quarantine when it happened. They allowed inmates to inter-mingle.. Then we got quarantined again right after I went to court. I couldnt file appeal, couldnt speak privately to attorney. Jail allowed kitchen employee to enter (knowing she was COVID-19 positive) jail and come to our PO to tell us she was going home.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Jail only so far had mental anxiety & stress, high blood pressure and other mental illnesses peaked due to worrying about COVID19...

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I dont want to die or be severely ill while I'm here only on a technical probation violation. I want released... I want monetary compensation. I want CDS to come in and take over this crisis w/ COVID-19.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CENTRE COUNTY CORRECTIONAL FACILITY

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

HERE AT CCCF

2. What did you claim in your grievance?

LACK OF PRIVACY ON LEGAL CALLS & ATTORNEY MEETINGS, DENIED DUE ACCESS, DENIED GRIEVANCE FORMS.

3. What was the result, if any?

SIMPLY GRANTED IT STATED NO ACTIONS

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I was given the forms and always denied for one reason or next

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

   A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes
        ☑ No

   B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

       1. Parties to the previous lawsuit
          Plaintiff(s) _____
          Defendant(s) _____

       2. Court *(if federal court, name the district; if state court, name the county and State)*

          _____

       3. Docket or index number

          _____

       4. Name of Judge assigned to your case

          _____

       5. Approximate date of filing lawsuit

          _____

       6. Is the case still pending?

          ☐ Yes
          ☐ No

          If no, give the approximate date of disposition. _____

       7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

          _____

   C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        No

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-7-21

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: ROBERT LEE MOSER
Prison Identification #: 20-0800
Prison Address: 700 Rishel Hill Rd.
Bellefonte, PA 16823

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____