# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RE:** *Moser v. Centre County Correctional Center, et al*

**Inmate:** Robert Moser

**ID:** 20-0800

**Civil Action No: 1:21-CV-0141**

## FIFTEEN (15) DAY ADMINISTRATIVE ORDER

### FEBRUARY 16, 2021

In order for the Court to determine the sufficiency of the Plaintiff's Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 6), certain additional information is necessary.

Accordingly, **IT IS HEREBY ORDERED** that the Warden or other appropriate official shall, within fifteen (15) days of this Order, provide to the Court, under oath, or declare under penalty of perjury, a statement of the current balance in the Plaintiff's account and a record of the transactions in his account that have occurred within the preceding six (6) months.

**PETER J. WELSH**
**CLERK OF COURT**

s/LP
Pro Se Legal Assistant