Robert Moser, Reg. No. 20-0800
Centre County Correctional Center
**SPECIAL MAIL-OPEN ONLY
IN PRESENCE OF PLAINTIFF**
700 Rishel Hill Road
Bellefonte, PA 16823

**FILED
SCRANTON**

FEB 26 2021

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
**SCRANTON, PA 18501-1148**

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE INMATE

neopost
02/16/2021
US POSTAGE $0

Return to Sender
___ Refused
___ Needs Inmate Name and Number
✓ Inmate Not Here
___ Other

**RECEIVED
SCRANTON**

FEB 26 2021

PER _____
DEPUTY CLERK

NIXIE           152  DE  1           0002/24
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 18501114848       *0619-00871-1