IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MOSER,<br>        Plaintiff<br><br>vs.<br><br>CENTRE COUNTY CORRECTION CENTER, WARDEN CHRISTOPHER SCHELL, ASSISTANT WARDEN MELANIE GORDON,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 1:21-cv-00141-CCC-MA |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned on behalf of Centre County Correction Center, Warden Christopher Schell, and Assistant Warden Melanie Gordon, Defendants above-named.

                                                      LEE, GREEN & REITER, INC.

                                      By: _____
                                             Robert A. Mix, Esquire, PA.I.D. 16164
                                             Attorney for Defendants
                                             115 East High Street
                                             Bellefonte, PA  16823
                                             Phone:  814-255-4769
                                             Fax:  814-355-5024
                                             bmix@lmgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was deposited in the United States mail, postage prepaid, in Bellefonte, Pennsylvania, on the 16th day of March, 2021, addressed to the following:

Robert Moser, BCJS# 20-0800
Berks County Jail System
P.O. Box 247
Phoenix, MD 21131

_____
Robert A. Mix, Esquire