FILED
HARRISBURG, PA
MAR 22 2021
PER IB
DEPUTY CLERK

(21cv141)

03/10/21

Dear Honorable Judge,

I filed a civil suit against Centre County Correction Facility a couple months ago. I've been shipped around to different locations — so communication and COVID-19 is making it hard.

COVID-19 is part of law suit — our mail while on quarantine and timely court dates and offered chances to talk to attorneys.

I will be released from this jail:

Berks County Jail Systems
1287 County Welfare Rd.
Leesport, PA. 19533

in next few days and will send the new address. COVID-19 has allowed these jails to use "quarantine" as a punitive measure. Refuse and delay postal services. So please have understanding as to 'why' I have difficulties filing on time.

Respectfully,
Robert Moser
#2020-2872

Name Robert Moser
BCP# 2020 2212
Housing Unit L-215
Berks County Jail System
1287 County Welfare Rd
Leesport, PA 19533-9397

RECEIVED
HARRISBURG, PA
MAR 22 2021
PER _____
DEPUTY CLERK

HARRISBURG PA 171
18 MAR 2021 PM 2 L

United States District Court
Middle District of PA
228 Walnut St.
Harrisburg, PA 17101

17101-171499