# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT MOSER,** | : | CIVIL ACTION NO. 1:21-CV-141 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CENTRE COUNTY CORRECTIONAL FACILITY, CHRISTOPHER SCHELL, MELANIE GORDAN, and C.O. BICKLE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of June, 2021, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER<br>
Christopher C. Conner<br>
United States District Judge<br>
Middle District of Pennsylvania